FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 JUN 20 AM 10: 17

CLERK _D McCarty_
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| ALICE T. JASPER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 104-072 |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Commissioner's final decision is **AFFIRMED**, this civil action is **CLOSED**, and a final judgment is **ENTERED** in favor of the Commissioner.

SO ORDERED this 20th day of June, 2005, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

Kipler Scott Lamar
Kenneth C. Etheridge
Edmund Booth

CASE NO: CV104-72

DATE SERVED: 6-20-05

SERVED BY: THB

☑ Copy placed in Minutes
☑ Copy given to Judge
☑ Copy given to Magistrate